**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1092**

_____

AHMAD A.M. HALIM, personally, Mohammad Halim,
Sharif Halim and Dahlia Halim, by and through
their father and next friend Ahmad A.M. Halim,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, Commissioner of Social Security,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (CA-98-132-4)

_____

Submitted:  May 11, 2000                    Decided:  May 16, 2000

_____

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ahmad A.M. Halim, Appellant Pro Se.  Anita K. Henry, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ahmad A.M. Halim appeals the district court's order adopting the magistrate judge's report and recommendation and finding that the Commissioner's decision was supported by substantial evidence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Halim v. Apfel, No. CA-98-132-4 (E.D. Va. Dec. 17, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                        AFFIRMED

---

* Although the district court's order is marked as "filed" on December 16, 1999, the district court's records show that it was entered on the docket sheet on December 17, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).